## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
## TOPEKA DIVISION

| | | |
|---|---|---|
| ERIC KORANKYE | - | |
| | - | |
| Plaintiff, | - | |
| | - | |
| v. | - | PLAINTIFF'S COMPLAINT |
| | - | |
| ONEMAIN FINANCIAL, | - | Case No. 5:17-cv-4064 |
| | - | |
| Defendant. | - | |

## COMPLAINT

NOW COMES Plaintiff, ERIC KORANKYE ("Plaintiff"), by and through his attorneys, and hereby alleges the following against Defendant, ONEMAIN FINANCIAL ("Defendant"):

## INTRODUCTION

1.      Plaintiff's Complaint is based on the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq.*

## JURISDICTION AND VENUE

2.      This Court has subject matter jurisdiction of this action pursuant to 47 U.S.C. § 227(b)(3) and 28 U.S.C. § 1331.

3.      Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) as the acts giving rise to Plaintiff's cause of action occurred in this district as Plaintiff resides in this district and as Defendant transacts business in this district.

## PARTIES

4.      Plaintiff is a natural person residing in Fort Riley, Kansas.

5.      Defendant is a national company with a main business office in Williamsburg, Virginia.

6.      Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

7.      Defendant places telephone calls to telephone number ███████████.

8.      Telephone number ███████████ is Plaintiff's cellular telephone.

9.      These calls are not for emergency purposes.

10.     These calls are placed in connection with a credit card account.

11.     Upon information and good faith belief, and in light of the frequency, number, nature, and character of these calls, Defendant placed them by using an automatic telephone dialing system.

12.     On or about December 7, 2016 Plaintiff instructed Defendant to stop calling his cell phone.

13.     Plaintiff revoked any consent, actual or implied, for Defendant to use an automatic telephone dialing system to call his cell phone.

14.     Defendant continued to use an automatic telephone dialing system to Plaintiff's cell phone after December 7, 2016.

15.     Since December 7, 2016, Defendant called Plaintiff's cell phone at least one hundred seventy-three (173) times.

16.     Defendant used an automatic telephone dialing system to place these calls.

17.     Defendant placed these calls voluntarily.

2

18. Defendant placed these calls under its own free will.

19. Defendant had knowledge that it was using an automatic telephone dialing system to place these calls.

20. Defendant willfully used an automatic telephone dialing system to place these calls.

21. Plaintiff is annoyed and feels harassed by Defendant's calls.

## COUNT I
## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

22. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

23. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

WHEREFORE, Plaintiff, ERIC KORANKYE, respectfully requests judgment be entered against Defendant, ONEMAIN FINANCIAL for the following:

24. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B).

25. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C),

26. All court costs, witness fees and other fees incurred.

27. Any other relief that this Honorable Court deems appropriate.

Dated: July 21, 2017                         KROHN & MOSS, LTD.

                                    By:  /s/*Nicole Forsythe*
                                         Nicole Forsythe, J.D. LL.M. #24476
                                         Forsythe Law Office LLC
                                         104 W. 9th Street, #404
                                         Kansas City, MO 64105
                                         Tel: (816) 730-9120
                                         Fax: (816) 474-8989
                                         nicole@forsythelawoffice.com
                                         *Attorney for Plaintiff*