UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ERIC KORANKYE,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Case No. 5:17-cv-4064<br>) |
| ONEMAIN FINANCIAL,<br>    Defendant. | )<br>)<br>) |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff and Defendant stipulate to the voluntary dismissal without prejudice of the above captioned case, each party to bear its own costs and fees.

Respectfully submitted,

s/Nicole Forsythe
Nicole Forsythe, J.D., LL.M., #24476
Forsythe Law Office LLC
104 W. 9th Street, #404
Kansas City, MO 64105
(816) 730-9120 / (816) 474-8989 (fax)
nicole@forsythelawoffice.com
Attorney for Plaintiff

s/Christopher J. Leopold
Christopher J. Leopold, KS # 19638
Stinson Leonard Street LLP
1201 Walnut, Suite 2900
Kansas City, MO  64106
(816) 842-8600 / (816) 691-3495 (fax)
chris.leopold@stinson.com
Attorneys for Defendant

1347503201